UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
INTERBORO PACKAGING CORP.,
          Plaintiff,

v.

CAPITAL PLASTICS INT'L, INC.,
          Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 8601 (VB)

As discussed at an on-the-record conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. For the reasons stated on the record, plaintiff's motion for leave to amend the amended complaint (Doc. #73) is DENIED.

2. By separate Order, the Court will refer this case to Magistrate Judge Paul E. Davison for general pre-trial supervision, including resolution of any outstanding discovery issues.

3. The parties are reminded that the next case management conference in front of Judge Briccetti is scheduled for March 14, 2023, at 10:00 a.m. If the parties wish to adjourn that conference, they should make an application in writing in accordance with Judge Briccetti's individual practices.

Dated: February 6, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge