UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERBORO PACKAGING CORP.,

                              Plaintiff,

- *against* -

CAPITAL PLASTICS INT'L INC.,
                              Defendant.

**ORDER**

21 Civ. 8601 (VB) (PED)

**PAUL E. DAVISON, U.S.M.J.**:

    This matter having been refered to the undersigned for Pretrial Supervision [Dkt. 83], including "resolution of any outstanding discovery issues" [Dkt. 81], it is hereby

    **ORDERED**, that each party shall submit, no later than February 15, 2023, a letter listing (without argument) any outstanding discovery issues that party believes requires resolution by the Court. To the extent the letters reference disputes which have been the subject of previous written submissions to the Court, counsel shall indicate in their letters where on the docket such submissions appear.

Dated: February 10, 2023
       White Plains, New York

                                                SO ORDERED

                                                Paul E. Davison, U.S.M.J.